AO 91 (Rev. 11/11) Criminal Complaint  AUSA Saqib M. Hussain (312) 353-1414

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
July 20, 2023
Magistrate Judge Harjani

UNITED STATES OF AMERICA

v.

ROBERT R. KRILICH

CASE NUMBER: 23 CR 404

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about July 18, 2023, at Rosemont, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 472 | with intent to defraud, possessed a falsely made, forged, counterfeited, or altered obligation or other security of the United States |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Brennan Warren*
BRENNAN WARREN
Special Agent, United States Secret Service (USSS)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 20, 2023

*Judge's signature*

City and state: Chicago, Illinois

SUNIL R. HARJANI, U.S. Magistrate Judge
*Printed name and title*

| UNITED STATES DISTRICT COURT |
| NORTHERN DISTRICT OF ILLINOIS |

## AFFIDAVIT

I, BRENNAN WARREN, being duly sworn, state as follows:

1. I am a Special Agent with the United States Secret Service (USSS), and have been so employed since June 2022 years. My current responsibilities include the investigation of white collar crime, including mail, wire, and bank fraud as well as of violations relating to counterfeit currency.

2. This affidavit is submitted in support of a criminal complaint alleging that ROBERT R. KRILICH has violated Title 18, United States Code, Section 472. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging KRILICH with possessing, with intent to defraud, falsely made, forged, counterfeited, or altered obligations or other security of the United States, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge; information provided to me by other law enforcement agents and persons with knowledge regarding relevant facts; and the results of a search of KRILICH's vehicle.

**FACTS SUPPORTING PROBABLE CAUSE**

**A. Summary**

4. In summary, and as described in more detail below, on or about July 18, 2023, in Rosemont, Illinois, law enforcement officers (LEOs) observed a grey Ford sedan with no visible license plate, traveling southbound on River Road near Bryn Mawr Avenue. LEOs conducted a traffic stop on the Ford sedan and spoke with the driver and sole occupant, who identified himself as ROBERT KRILICH. LEOs then learned that a Cook County arrest warrant had been issued for KRILICH for fraud, asked KRILICH to exit the vehicle, and placed KRILICH in custody.

5. On or about July 19, 2023, LEOs conducted a court-authorized search of KRILICH's grey Ford sedan and recovered approximately $800,000 in counterfeit U.S. Savings Bonds (the "Counterfeit Securities") from the vehicle, a typewriter, two laptop computers, a Department of Homeland Security Investigations shield, blank Federal Bureau of Investigation credentials, a United States Marshal Service star.

**B. The Traffic Stop of KRILICH's Grey Ford Sedan and KRILICH's Arrest.**

6. On or about July 18, 2023, LEOs on patrol observed a grey Ford sedan with a piece of paper covering the license plate traveling southbound on River Road in Rosemont, Illinois. LEOs conducted a traffic stop of the grey Ford sedan and spoke with the driver and sole occupant of the vehicle, who identified himself as Robert KRILICH. KRILICH stated that he had just returned from Las Vegas and that when he picked up his vehicle (the grey Ford sedan) from the O'Hare parking lot. KRILICH stated that he believed someone had stolen his license plates.

7. LEOs were then able to remove a blank white piece of paper covering the vehicle license plate, and observed an Illinois license plate bearing registration DT27756, which, according to Illinois Secretary of State records, is registered to KRILICH. LEOs entered KRILICH's name into a law enforcement database and learned that a Cook County arrest warrant had been issued for KRILICH for fraud[1]. LEOs asked KRILICH to exit the vehicle and placed KRILICH in custody at approximately 3:59 p.m. on or about July 18, 2023.

8. After placing KRILICH into custody, LEOs conducted an inventory search of KRILICH's vehicle prior to towing the vehicle. During the search, LEOs observed two blank Illinois vehicle registration titles, a badge bearing "Department of Homeland Security Special Agent," approximately $24,873 in United States currency, and five glass pipes with white powdery residue.

9. Based on the officer at the scene's training and experience, the nature of the pipes, and the appearance of the residue, it appeared the residue in the pipes was from narcotics.

10. These recovered items were located in several bags in the rear bench seat of KRILICH's vehicle. LEOs also observed a typewriter on the rear bench seat of KRILICH's vehicle.

11. At approximately 4:06 p.m., LEOs learned from a representative of the Cook County Sherriff's Office that the Cook County warrant for KRILICH was no

---

[1] As set forth below, law enforcement officers subsequently discovered that the arrest warrant was no longer active.

3

longer active and ended the inventory search. At that time, LEOs did not seize the items observed in the bags on the rear bench seat of KRILICH's vehicle or the typewriter. KRILRICH remained in custody for suspected violation of Chapter 625, Illinois Vehicle Code, Section 5/4-105 for offenses related to disposition of titles and registration and LEOs subsequently towed KRILICH's vehicle to a secure law enforcement location.

12. At approximately 8:55 p.m. on or about July 19, 2023, LEOs advised KRILICH of his rights under *Miranda*. KRILICH refused to speak with LEOs.

      **C.    The Court-Authorized Search of KRILICH's Vehicle.**

13. While in custody in a law enforcement squad vehicle and prior to being transported to the Rosemont Police Department for further investigation, KRILICH complained of chest pain. LEOs called the Rosemont Fire Department and KRILICH was transported, via ambulance, to Resurrection Medical Center for further treatment. KRILICH was released from Resurrection Medical Center in the evening of, on or about July 18, 2023, to the custody of LEOs, who transported KRILICH to the Rosemont Police Department for further investigation.

14. Based on LEO's observations of KRILICH's vehicle, LEO's interactions with KRILICH during the traffic stop, and the items recovered from the preliminary inventory search of KRILICH's vehicle, LEOs applied for a search warrant of KRILICH's vehicle. On or about July 19, 2023, at approximately 10:34 a.m., the Honorable Ellen Beth Mandeltort, Cook County Circuit Court Judge, authorized a search of KRILICH's vehicle.

15. LEOs executed the search warrant on KRILICH's vehicle and recovered in various locations throughout KRILICH's vehicle, the following:

    a. approximately three dozen sheets of counterfeit U.S. Savings Bonds (the "Counterfeit Securities") in various manilla and file folders in the trunk of KRILICH's vehicle;

    b. approximately eight to ten print outs of Microsoft Excel Spreadsheets with serial numbers of "EE" series bonds inside of manilla folder in the trunk of KRILICH's vehicle;

    c. a typewriter on the rear bench seat;

    d. two laptop computers;

    e. blank Federal Bureau of Investigation (FBI) credentials on the rear bench seat;

    f. a silver United States Marshal Service (USMS) star made of a metallic substance on the rear bench seat; and,

    g. a gold and blue, Department of Homeland Security (DHS) Investigations shield made of a metallic substance on the rear bench seat.

16. I contacted the Chicago field office for FBI and learned that no one with the name Robert R. Krilich works at the FBI.

17. I contacted the Chicago field office for USMS and learned that no one with the name Robert R. Krilich works at the USMS.

18. I contacted the Chicago field office for DHS and learned that no one with the name Robert R. Krilich works at the DHS.

### D. The Subject Counterfeit Securities Recovered from KRILICH's Vehicle.

19. Based on my training and experience and the training and experience of other law enforcement officers trained in identifying counterfeit currency and securities, LEOs observed the following characteristics of the Counterfeit Securities indicating that they are counterfeit:

    a. One sheet of three Counterfeit Securities is printed on standard printer paper and not the material used to print official U.S. Savings Bonds, contains only a routing number and serial number, and is not issued in any person's name;

    b. Approximately one of the Counterfeit Securities had "No Good" or "Mistake" hand written in green marker on it;

    c. Approximately two of the Counterfeit Securities bear serial numbers that are in larger font size than the official font size used on U.S. Savings Bonds;

    d. Approximately one of the Counterfeit Securities, is not in the proper rectangular shape used for official U.S. Savings Bonds, and has ink that has visibly bled through the paper; and,

    e. Approximately three of the Counterfeit Securities have serial numbers that are not located in the standard location for serial numbers on official U.S. Savings Bonds;

  f. Approximately one of the Counterfeit Securities, issued to "Arthur Pearson," had faded text that had bled through the paper;[2]

  g. Approximately two of the Counterfeit Securities, issued to "Daniel Francis Pilch," contain social security numbers that are not located in the standard location for social security numbers on official U.S. Savings Bonds.

 20. On or about July 19, 2023, I submitted serial numbers for the Counterfeit Securities to the United States Treasury for review. According to a representative from the United States Treasury, based on the United States Treasury's review of the Counterfeit Securities serial numbers to date, as listed below, at least six of the Counterfeit Securities had registration numbers that do not match the registrant:

  a. a Counterfeit Security in the amount of $5,000 bearing serial number B5919952EE;

  b. a Counterfeit Security in the amount of $5,000 bearing serial number V3040188EE;

  c. a Counterfeit Security in the amount of $10,000 bearing serial number X6600714EE;

  d. a Counterfeit Security in the amount of $10,000 bearing serial number X1720194EE;

---

[2] Based on my training and experience and the training and experience of other law enforcement officers trained in identifying counterfeit currency and securities, the faded text that had bled through the paper indicates that the Counterfeit Securities were printed using an inkjet printer and not the standard printing instruments used to print official U.S. Savings Bonds.

  e. a Counterfeit Security in the amount of $5,000 bearing serial number V3040187EE; and,

  f. a Counterfeit Security in the amount of $5,000 bearing serial number V3040016EE.

21. The total stated value of the Counterfeit Securities recovered from KRLICH's vehicle is approximately $800,000.

## CONCLUSION

22. Based on the above information, I respectfully submit that there is probable cause to believe that ROBERT KRILICH possessed, with intent to defraud, falsely made, forged, counterfeited, or altered obligation or other security of the United States, in violation of Title 18, United States Code, Section 472.

            FURTHER AFFIANT SAYETH NOT.

            *Brennan Warren*
            BRENNAN WARREN
            Special Agent, United States Secret Service

SWORN TO AND AFFIRMED by telephone July 20, 2023.

Honorable SUNIL R. HARJANI
United States Magistrate Judge

8